1  Lynn Hubbard, III, SBN 69773
   Scottlynn J Hubbard, IV, SBN 212970
2  **DISABLED ADVOCACY GROUP, APLC**
   12 Williamsburg Lane
3  Chico, CA. 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorney for Plaintiff

6

7  Jacqueline C. DeSouza, SBN 133686
   **DESOUZA LAW OFFICES, PC**
   2397 Shattuck Ave #202
8  Berkeley, CA 94704
   Telephone: (510) 649-3420
9  Facsimile: (510) 649-1711

10 Attorney for Defendants

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarah Watchers, | No. 2:09-CV02381 (WBS) |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING** |
| PRB Management, LLC dba Taco Bell #18799 | |
| Defendant. | |

1  **PLEASE TAKE NOTICE** that Plaintiff, Sarah Watchers ("Plaintiff"), and Defendant, PRB Management, LLC ("Defendant"), hereby stipulate and jointly request that this Court enter an Order allowing Defendant an extension of time in which to file a responsive pleading to Plaintiff's Complaint up to and including January 7, 2010.

Said extension of time is supported by good cause as the Parties are in the process of settlement discussions and hope to have the matter settled by the date Defendant's responses is due. This extension is not being submitted for the purpose of undue delay or for any improper purpose and will not impact any additional scheduling dates.

Dated:  November 20, 2009          DISABLED ADVOCACY GROUP. APLC

                                   _____/s/ Lynn Hubbard, III_____
                                   LYNN HUBBARD, III
                                   Attorney for Plaintiff


Dated:  November 20, 2009          DESOUZA LAW OFFICES, PC

                                   ____/s/ Jacqueline deSouza_____
                                   JACQUELINE C. DESOUZA
                                   Attorney for Defendant PRB Management, LLC

1  ORDER ON STIPULATION TO EXTEND TIME

2  Having read the foregoing Stipulation, and good cause appearing
3  therefore, the Court GRANTS the Stipulation. Defendant PRB Management,
4  LLC shall file their responsive pleadings on or before January 7, 2010.

6  Dated: November 25, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE